UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Margaret Tiangco,<br>          Defendant. | Crim. No. 15-567 (KM)<br><br>**MEMORANDUM and ORDER** |

The defendant has submitted a letter application (ECF no. 201) to be released from Hudson County Correctional Center, where she is being held pending sentencing, to an inpatient drug treatment program at Integrity House in Secaucus or Newark. The government opposes the application, while stating that it has no opposition to her participation in such programs while in federal custody. (ECF no. 202)

The court of course does not oppose participation in drug treatment programs. Nevertheless, the defendant has been convicted at trial of a serious drug offense carrying a sentence of imprisonment of 10 years to life. Post-trial motions have been denied. Accordingly, Ms. Tiangco is not eligible for release to a noncustodial setting. *See* 18 U.S.C. § 3143(a)(2). In any event, I would not exercise my discretion to permit release post-trial, when the incentive to flee is if anything increased.

**IT IS THEREFORE** this 26th day of March, 2018,

**ORDERED** that the application (ECF no. 201) for release to the Integrity House drug treatment program is **DENIED**.

KEVIN MCNULTY, U.S.D.J.